United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICARDO GARCIA RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1893 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER ON SUBSTITUTION OF COUNSEL**

The Unopposed Motion to Substitute Counsel for Petitioner is granted.  (Docket Entry No.

8).  Raed Gonzalez is substituted as counsel for the petitioner in place of Frances Bourliot.

SIGNED on April 1, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge