United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICARDO GARCIA RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1893 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner, Ricardo Garcia Ramirez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). However, review of the Executive Office for Immigration Review's *Automated Case Information* website indicates that Garcia Ramirez was granted voluntary departure by an immigration judge on April 16, 2026. *See Automated Case Information*, Executive Office for Immigration Review, https://acis.eoir.justice.gov/en (last visited Aug. 17, 2026).[1] Further, ICE's *Online Detainee Locator System* appears to indicate that Garcia Ramirez is not currently in ICE custody and may have been removed from the United States.[2]

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by the detainee's A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited Aug. 17, 2026).

[2] The location of a detainee in ICE custody may be found by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Aug. 17, 2026).

**By August 24, 2026**, the petitioner's counsel must provide the court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has departed the United States.

SIGNED on August 19, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge