United States District Court
Southern District of Texas
**ENTERED**
September 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RICARDO GARCIA RAMIREZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, Joe Corley Processing Center, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-1893 |

**ORDER OF DISMISSAL**

The petitioner, Ricardo Garcia Ramirez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). Counsel for the petitioner has filed a Status Update informing the court that Garcia Ramirez voluntarily departed the United States. (*See* Docket Entry No. 12). Because the petitioner is no longer in custody, this habeas action is moot.

The court **orders** that this case is **dismissed without prejudice**. Any pending motions are **denied** as moot.

SIGNED on September 11, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge